VALERIE KENNEDY, as Administrator of the Estate of ANTWON D. THOMAS, Appellant, v TOWN OF CHEEKTOWAGA et al.,

Respondents, et al., Defendants. [784 NYS2d 470]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered July 28, 2003. The order granted the motion of defendants Town of Cheektowaga and Timothy Scherer for summary judgment dismissing the complaint against them in a personal injury action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated at Supreme Court. Present—Hurlbutt, J.P., Scudder, Kehoe and Martoche, JJ.